SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Jeff Stanley

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JEFF STANLEY, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br><br><br> Defendant. | Case No.: 2:18-cv-01888-MCE-AC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Jeff Stanley and defendant Bank of America, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   August 13, 2018

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1