Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Jeff Stanley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JEFF STANLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant | Federal Case No.: 2:18-cv-01888-MCE-AC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Jeff Stanley, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Bank of America, N.A. as to all claims in this action, with prejudice.

　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　41(a) Voluntary Dismissal

　　(1) By the Plaintiff

　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court

　　　　　　order by filing:

　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Bank of America, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: October 4, 2018                                         Sagaria Law, P.C.

By: _____*/s/ Elliot W. Gale*_____
               Elliot W. Gale
Attorneys for Plaintiff
Jeff Stanley